CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 12 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR., | ) |
| Plaintiff, | ) Civil Action No. 7:11CV00091 |
| v. | ) **FINAL JUDGMENT** |
| W. DAVIS, et al., | ) By: Hon. Glen E. Conrad |
| Defendants. | ) Chief United States District Judge |

In accordance with the findings of fact and conclusions of law set forth in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that judgment is entered for the defendants. This matter is **STRICKEN** from the court's active docket.

The Clerk is directed to send certified copies of this order to the plaintiff and to all counsel of record.

ENTER: This 12th day of June, 2013.

_____
Chief United States District Judge